CHARLES T. MARSHALL (SBN 176091)
cmarshall@marshallestatelaw.com
LAW OFFICE OF CHARLES T. MARSHALL
415 Laurel St., #405
San Diego, CA 92101
Tel: 619.807.2628
Fax: 866.575.7413

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN J. RAMOS AND TERESITA J. RAMOS,<br>  Plaintiffs,<br>v.<br>U.S. BANK, N.A. SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. SUCCESSOR IN INTEREST TO LASALLE BANK NA AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY6 TRUST; JPMORGAN CHASE BANK, NA; SELECT PORTFOLIO SERVICING, INC.; DOES 1-100,<br>  Defendants. | CASE NO. 3:20-cv-01433-JCS<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATION FOR CONTINUANCE OF STAY AND CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: February 10, 2020<br>Removal Filed: February 26, 2020 |

The Court having read and considered the parties' Joint Stipulation to Continue Settlement Stay of the Case, and good cause appearing, hereby orders:

1. The case shall remain stayed through __September 24__, 2020;

2. The Case Management Conference is continued to __November 20__, 2020 at 10:30 am/~~pm~~.

Dated: September _11_, 2020

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

-1-